CLERK'S OFFICE U.S. DIS
AT ROANOKE, V.
FILED

JAN 30 2012

JULIA C. DUDLEY, CLERK
BY: /s/ Christman
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| THOMAS HARRIS,<br>    Plaintiff, | )<br>)<br>) | Civil Action No. 7:12-cv-00016 |
| v. | )<br>) | **ORDER** |
| GENE M. JOHNSON, <u>et al.</u>,<br>    Defendants. | )<br>)<br>) | By:  Hon. Michael F. Urbanski<br>      United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion to amend is **GRANTED**; Lt. Gallagher and C/O Walters are **JOINED** as defendants; plaintiff's amended complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 28th day of January, 2012.

/s/ Michael F. Urbanski
United States District Judge