IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **THOMAS HARRIS,** ) | Civil Action No. 7:12-cv-00016 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **MEMORANDUM OPINION** | |
| ) | | |
| **GENE M. JOHNSON, et al.,** ) | By: Hon. Michael F. Urbanski | |
| Defendants. ) | United States District Judge | |

Presently before the court is plaintiff's motion to proceed in forma pauperis and motion for default judgment. Plaintiff filed these motions after the court dismissed this 42 U.S.C. § 1983 action without prejudice on January 26, 2012, for failing to state a claim upon which relief may be granted. The action was never served on defendants, and nothing remains pending in order to proceed in forma pauperis. Accordingly, plaintiff's motions are **DENIED** as moot.

The Clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to plaintiff.

Entered: April 3, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge