IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **THOMAS HARRIS,** | ) | Civil Action No. 7:12-cv-00016 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **GENE M. JOHNSON, et al.,** | ) | By:   Hon. Michael F. Urbanski |
|     Defendants. | ) |        United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

### ORDERED

that plaintiff's motion for default judgment (no. 8) and motion for leave to proceed in forma pauperis are **DENIED as moot**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

Entered: April 3, 2012

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge